**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MICHAEL C. OLIVIER**                                      **CIVIL ACTION**

**VERSUS**                                                          **NO.    15-5069**

**N. BURL CAIN, WARDEN**                               **SECTION "A"(2)**

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the
Report and Recommendation of the United States Magistrate Judge, and the objections to
the Magistrate Judge's Report and Recommendation, hereby approves the Report and
Recommendation of the United States Magistrate Judge and adopts it as its opinion in this
matter. Therefore,

**IT IS ORDERED** that the petition of Michael C. Olivier for issuance of a writ of
habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-
barred.

New Orleans, Louisiana, this 24th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE